## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer R. Hoover, hereby certify that on November 1, 2019, I caused a true and correct copy of the *Answer, Affirmative Defenses, and Other Defenses to the Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. §§ 544, 547, 548 & 550* to be served upon the parties below via CM/ECF and First Class U.S. Mail:

Bradford J. Sandler
Andrew W. Caine
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

*Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust*

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)