**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>Jointly Administered |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL BULLIS; BETSY BULLIS,<br><br>Defendants. | Adv. Pro. No. 19-50310 (BLS) |

**MEDIATION STATUS REPORT**

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediato*r, dated November 6, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than February 1, 2021 for the following reasons:

__X__   A mediation session is scheduled to occur on **FEBRUARY 1, 2021**.

_____   A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____   OTHER:

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: January 4, 2021

/s/ Lucian B. Murley
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6898
luke.murley@saul.com


cc:    Jason Pomerantz, Esq.
       Jennifer R. Hoover, Esq.
       Kevin M. Capuzzi, Esq.
       Gregory A. Schrage, Esq.

2