**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                    Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>                    Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders dated September 3, 2020 and September 15, 2020.

Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

Dated:  November 10, 2022         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
       acaine@pszjlaw.com
       crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, as Liquidating*
*Trustee of the Woodbridge Liquidation Trust*

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Russell Bullis, Betsy Bullis | 19-50310 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Hart Placement Agency, Inc. | 19-50847 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Michael Kandravi | 19-50914 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Kim Butler | 19-50917 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John Fagan | 19-50947 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Harris Financial Management and John G. Harris | 19-51011 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christ Temple Baptist Church | 19-50756 | This matter has been settled and paid in full. A dismissal is in process. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | This matter has been settled.  Dismissal in process. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | This matter has been settled.  Dismissal in process. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | Mediated but did not settle. |
| Gerard J. O'Neill | 19-50964 | This matter has been settled.  Plaintiff intends to file a dismissal once the |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
|  |  | settlement payment has been received in full. |
| Joseph W. Isaac | 19-50976 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Donovan Knowles | 19-50980 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John J. McNamara | 19-50998 | This matter has been settled Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Bette Tydings | 19-51002 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Dan Reisinger | 19-51007 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | This matter has been settled.   Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Retirement Services LLC | 19-50931 | This matter has been settled.  Dismissal in process. |
| Christopher Longworth | 19-50928 | This matter has settled.  Settlement Agreement executed. |

2

**STATUS CATEGORY F:**  List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Maxwell Financial Group, Inc. | 19-50915 | The defendant submitted initial disclosures on 4/15/21.  Defendant has given plaintiff an extension to submit initial disclosures. |
| Uma Gajavada | 19-51046 | Discovery exchanged. Parties are working though discovery issues with production of documents and deposition. Parties will seek to amend the Scheduling Order. |
| Stefan Kolosenko | 19-50301 | Discovery exchanged and settlement discussions ongoing. |
| Kenneth Halbert | 19-51027 | Discovery is ongoing. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. Matter settled in mediation but defendant refused to execute settlement agreement. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Derek C. Abbott, Esq. Mediation was held but the matter did not settle. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| John J. Begley | 19-50830 | Defendant is deceased and the Trust is working with defendant's estate to proceed to mediation. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. Mediated but settlement not reached. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. Stipulation for Judgment in process. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. Mediated but did not settle. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq. Matter proceeded to mediation but did not settle. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. Pre-mediation settlement discussions in process. Matter to proceed to mediation. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. Mediation was held and the parties continue |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| | | to work towards resolving this matter. |
| Jay N. Brown | 19-51047 | Derek C. Abbott, Esq. Mediation was held but did not settle. |
| Deb Brundage | 19-51069 | Lucian B. Murley, Esq. Mediation was held, but matter did not settle. |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | Ian Conner Bifferato, Esq. Mediation was held, but matter did not settle. |
| Janet V. Dues | 19-50328 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Dena Falkenstein | 19-50329 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work with the parties to resolve this matter. |
| Christian Lester | 19-50332 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Jane Marshall | 19-50335 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Jennifer Tom | 19-50342 | Ian Conner Bifferato, Esq. Mediation was held, and the mediator is continuing to work |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
|  |  | with the parties to resolve this matter. |
| Anita Bedoya, Mark Bedoya | 19-50343 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Anita Bedoya, Julian Duran | 19-50344 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Ronald Cole | 19-50346 | Ian Conner Bifferato, Esq. Mediation was held but the matter did not settle. |
| Ronald Draper | 19-50347 | Ian Conner Bifferato, Esq. Mediation dates have been set for pending matters. |
| Mary Ellen Nuhn | 19-50829 | Judith Fitzgerald, Esq. Mediation was held; matter did not settle. |

3

**STATUS CATEGORY H:** List all cases that are ready for trial.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | In accordance with the mediator's report filed by the mediator (Leslie Berkoff), the matter has not been resolved and should proceed to trial. |
| Gregg W. Butler | 19-50958 | After not responding to default notices, Defendant appeared telephonically before the Court and is communicating with Plaintiff's counsel and the mediator (Leslie Berkoff) to try to resolve this matter. |
| Harold Plain | 19-50974 | Defendant has not responded to default notices.  Plaintiff's counsel is investigating whether Defendant (or his estate if Defendant is deceased) is capable of proceeding in connection with this matter. |
| Joseph A. Loox | 19-50978 | After not responding to default notices, Defendant appeared telephonically before the Court and is communicating with Plaintiff's counsel and the mediator (Leslie Berkoff) to try to resolve this matter. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | An initial pre-trial conference was held on 2/8/22 and rescheduled to a date to be determined. A proposed judgment has been submitted and will be entered by the Court upon failure of the Defendant to appear at the pre-trial conference and cooperate in the preparation of a final pre-trial order. |

**STATUS CATEGORY J:**  List all cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Randy Robertson | 19-50977 | Defendant filed for ch. 7 bankruptcy. |

**EXHIBIT 1**

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher Longworth | 19-50928 |
| Stefan Kolosenko | 19-50301 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Christ Temple Baptist Church | 19-50756 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Mary Ellen Nuhn | 19-50829 |
| John J. Begley | 19-50830 |
| Hart Placement Agency, Inc. | 19-50847 |
| Peter Greenberg | 19-50855 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Retirement Services LLC | 19-50931 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| James Lamont | 19-50952 |
| Gregg W. Butler | 19-50958 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Donovan Knowles | 19-50980 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Kenneth Halbert | 19-51027 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| Deb Brundage | 19-51069 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |

2